**Kevin L. PERRY, Plaintiff-Appellant,**

**v.**

**SAN DIEGO COUNTY, a public entity, Defendant-Appellee.**

* The panel unanimously concludes these cases are suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**Kevin L. Perry, Plaintiff-Appellant,**

**v.**

**Veolia Transport, DBA Veolia Transportation Services, Inc., A Maryland Corporation; et al., Defendants-Appellees.**

**No. 14-56618, No. 14-56707**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Kevin L. Perry, Pro Se

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Kevin L. Perry appeals pro se from the district court's order dismissing his action for failure to comply with a vexatious litigant order (No. 14-56618), and the district court's order denying his Federal Rule of Civil Procedure 60(b) motion for relief from judgment (No. 14-56707). We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion both the district court's denial of leave to file a complaint pursuant to a vexatious litigant order, *In re Fillbach*, 223 F.3d 1089, 1090–91 (9th Cir. 2000), and the district court's denial of a Rule 60(b) motion, *Harman v. Harper*, 7 F.3d 1455, 1458 (9th Cir. 1993). We affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

As to No. 14-56618, the district court did not abuse its discretion in denying Perry's motion for leave to file a complaint because Perry failed to comply with the vexatious litigant order entered against him. *See Perry v. Veolia Transp., et al.*, No. 11–CV–176–LAB–RBB, 2011 WL 4566449 at *9–12 (S.D. Cal. Sept. 30, 2011). Perry failed to submit a copy of the vexatious litigant order with his motion as required and falsely certified that his proposed complaint raised new issues not previously raised in a prior state or federal action.

As to No. 14-56707, the district court did not abuse its discretion in denying Perry's motion for relief from judgment where Perry never appealed from the judgment, presented no reason for the nearly three-year delay in filing his motion, and did not establish any basis for relief. *See* Fed. R. Civ. P. 60(b)(5)–(6); Fed. R. Civ. P. 60(c)(1) (Rule 60(b)(5) and 60(b)(6) motions must be filed "within a reasonable time"); *see also In re Pac. Far East Lines, Inc.*, 889 F.2d 242, 249 (9th Cir. 1989) ("What constitutes a reasonable time depends on the facts of each case.").

**14-56618: AFFIRMED.**

**14-56707: AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. App.P. 34(a)(2)

\*\* The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.